**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  Case No.: 8:24-cr-175-WFJ-UAM

ERLIN MARADIAGA-FLORES

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

The defendant, Erlin Maradiaga-Flores, entered a plea of guilty to Count One of the Indictment before Magistrate Judge Thomas G. Wilson on July 2, 2024. The Magistrate Judge issued a Report and Recommendation in which he recommended the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**ACCORDINGLY, IT IS ORDERED AND ADJUDGED**:

1. That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2. That the defendant, Erlin Maradiaga-Flores, be adjudicated guilty as to Count One of the Indictment.

3. That sentencing be scheduled for *October 17, 2024, at 10:00 AM.* **Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.**

**DONE** and **ORDERED** in Tampa, Florida 17th day of July, 2024.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
U.S. Pretrial Services
U.S. Probation Office
U.S. Marshal Service